IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRYL STEELE<br>Reg. No. 11666-055<br>FCI McKean<br>P.O. Box 8000<br>Bradford, PA 16701-0980<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　　Defendant. | Civil Action No. 06-0866 (JR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_/s/ Diane M. Sullivan_
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7205

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DARRYL STEELE
Reg. No. 11666-055
FCI McKean
P.O. Box 8000
Bradford, PA 16701-0980

on this 12TH day of July, 2006.

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202)514-7205