## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DARRYL STEELE                        )
                                     )
             Plaintiff,              )
                                     )
      v.                             )      Civil Action No. 06-0866 (JR)
                                     )
FEDERAL BUREAU OF PRISONS,           )
                                     )
             Defendant.              )
                                     )
                                     )

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the complaint up to and including September 19, 2006.

An answer to the complaint is presently due on July 31, 2006. The responsible agency attorney has just received a copy of the complaint and will not be able to provide a litigation report until the last week in August. The defendant anticipates filing a dispositive motion in lieu of an answer. Counsel for the defendant will need the additional time after receipt of a litigation report to prepare a dispositive motion.

Plaintiff pro se was not contacted because he is presently incarcerated.

Wherefore, it is respectfully requested that the defendant have up to and including September 19, 2006 to respond to the complaint.

Respectfully submitted,

_/s/_ _Kenneth L. Wainstein (DMS)_
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_/s/_ _Rudolph Contreras DMS_
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_ _Diane M. Sullivan_
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7205

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by

First-Class mail; postage prepaid to:

DARRYL STEELE
Reg. No. 11666-055
FCI McKean
P.O. Box 8000
Bradford, PA 16701-0980

on this _26th_ day of July, 2006.

*Diane M. Sullivan*
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.   20530
(202)514-7205