IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRYL STEELE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0866 (JR) |

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a three day enlargement of time to file a dispositive motion up to and including September 22, 2006.

Counsel for the defendant was unable to begin to prepare a dispositive motion in this case last week because she had an opposition to a preliminary injunction and motion for summary judgment due September 13, 2006, and a reply due September 15, 2006. In addition, counsel was on TRO duty last week and had several emergency matters.

Plaintiff pro se was not contacted because he is presently incarcerated.

Wherefore, it is respectfully requested that the defendant have up to and including September 22, 2006 to file a dispositive motion.

Respectfully submitted,

/s/ *Kenneth L. Wainstein (DMM)*
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ *Rudolph Contreras (DMM)*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/ *Diane M. Sullivan*
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DARRYL STEELE
Reg. No. 11666-055
FCI McKean
P.O. Box 8000
Bradford, PA 16701-0980

on this 18TH day of September, 2006.

*Diane M. Sullivan*
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202)514-7205