IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRYL STEELE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0866 (JR) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a two business day enlargement of time to file its dispositive motion up to and including September 26, 2006.

Counsel completed the motion and was almost ready for filing when a question arose with respect to an additional defense. Counsel for the defendant needs two days to contact the agency in Philadelphia to verify certain information before filing the dispositive motion in final form.

Plaintiff pro se was not contacted because he is presently incarcerated.

Wherefore, it is respectfully requested that the defendant have up to and including September 26, 2006 to file its dispositive motion.

Respectfully submitted,

__/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Case 1:06-cv-00866-JR   Document 12   Filed 09/22/2006   Page 2 of 3

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DARRYL STEELE
Reg. No. 11666-055
FCI McKean
P.O. Box 8000
Bradford, PA 16701-0980

on this _____ day of September, 2006.

                                              _____
                                              DIANE M. SULLIVAN
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Room E4919
                                              Washington, D.C.  20530
                                              (202)514-7205