UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRYL STEELE,  : | |
| : | |
| Plaintiff,  : | |
| v.  : | Civil Action No. 06-0866 (JR) |
| : | |
| FEDERAL BUREAU OF PRISONS,  : | |
| : | |
| Defendant.  : | |

## ORDER

It is hereby

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment [#13] is IN ABEYANCE. It is further

**ORDERED** that, pursuant to Local Civil Rule 83.11, the Clerk of Court shall appoint counsel to represent plaintiff in this action.

**SO ORDERED**.


JAMES ROBERTSON
United States District Judge