IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARRYL STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 06-866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE

To the Court, the parties, and their attorneys of record: PLEASE TAKE NOTICE that Mark Austrian shall serve as counsel for Defendant Darryl Steele in the above captioned matter. Service of all papers may be made as follows:

    Mark Austrian
    KELLEY DRYE & WARREN, LLP
    3050 K Street, NW – Suite 400
    Washington, DC  20007
    (202) 342-8400 (phone)
    (202) 342-8451 (fax)
    maustrian@kelleydrye.com

Dated:  October 17, 2007

    Respectfully submitted,

      /s/   Mark Austrian

    Mark Austrian (D.C. Bar No. 346593)
    KELLEY DRYE & WARREN, LLP
    3050 K Street, NW – Suite 400
    Washington, DC  20007
    Telephone:  (202) 342-8400
    Facsimile: (202) 342-8451

    *Attorneys for Darryl Steele*