IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRYL STEELE,

      Plaintiff

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

Civil Action No. 006-0866 (JR)

### STIPULATION OF DISMISSAL

All parties who have appeared in this action, by undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stipulate and agree that any and all claims that Plaintiff Darryl Steele has brought against Defendant Federal Bureau of Prisons in this action are hereby dismissed without prejudice, with each party to bear their own costs in this action with respect to one another.

Respectfully submitted,

_____
Mark Austrian (D.C. Bar No. 346593)
J. Isaac Himowitz (D.C. Bar No. 501302)
KELLEY DRYE & WARREN LLP
3050 K. Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400
(202) 342-8451 (facsimile)

*Counsel for Plaintiff*

_____
Diane M. Sullivan (D.C. Bar No. 451058)
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 514-7205
(202) 514-8780 (facsimile)

*Counsel for Defendant*

Dated: February 8, 2008

DC01/HIMOJ/326412.2

## CERTIFICATE OF SERVICE

I, J. Isaac Himowitz, hereby certify that on this 8th day of February, 2008 the foregoing Stipulation of Dismissal was served upon the following party via First Class Mail:

/s/ J. Isaac Himowitz

Diane M. Sullivan (D.C. Bar No. 451058)
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC  20530
(202) 514-7205
(202) 514-8780 (facsimile)